1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          SOUTHERN DISTRICT OF CALIFORNIA

9

10   IN RE: BANK OF AMERICA              Case No.:  21MD2992-GPC(MSB)
     CALIFORNIA UNEMPLOYMENT
11   BENEFITS LITIGATION,               **Pertains to Civil Action No.:**
                                        **21-cv-1203-GPC-MSB**
12   _____
13   LINDA EDWARDS,                     **ORDER RE VOLUNTARY**
                                        **DISMISSAL OF INDIVIDUAL**
14                        Plaintiff,    **CLAIMS**

15   v.
     BANK OF AMERICA, N.A.,
16                        Defendant.    **[Dkt. No. 263.]**

17

18       On April 15, 2024, Plaintiff Linda Edwards filed a notice of voluntary dismissal

19   without prejudice of her individual claims in the member case, *Abarr v. Bank of Am.,*

20   *N.A.,* No. 21-cv-1203-GPC(MSB), (Dkt. No. 15), and in the lead case of this consolidated

21   multi-district litigation, *In re Bank of Am. Cal. Unemployment Benefits Litig.*, No. 21-md-

22   2992-GPC(MSB), (Dkt. No. 263).  Pursuant to Federal Rule of Civil Procedure

23   41(a)(1)(A)(i), Edward's individual claims are DISMISSED without prejudice.  The

24   Clerk of Court is directed to terminate Plaintiff Linda Edwards from the lead case and her

25   / / /

26   / / /

27   / / /

28   / / /

1

1   individual member case.

2        IT IS SO ORDERED.

3   Dated:  April 16, 2024

4                                          Hon. Gonzalo P. Curiel
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21MD2992-GPC(MSB)